UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fernando T., | File No. 26-cv-445 (ECT/EMB) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, *Secretary, U.S. Department of Homeland Security; Department of Homeland Security, in her official capacity*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement, in his official capacity*; Peter Berg, *Director, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity*; Samel J. Olson, *Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, in his official capacity*; and John Doe, *Sheriff of the Unknown County Jail in Unknown County, Minnesota, custodian of detainees of the Unknown County Jail*, | |
| Respondents. | |

On January 22, 2026, Respondents filed a response to Petitioner Fernando T.'s Petition for Writ of Habeas Corpus. *See* ECF No. 9. In that response, Respondents' counsel explained:

> The undersigned counsel was randomly assigned to this case at 1425 on January 20. In that same communication, ICE was informed of the Order enjoining removal of Petitioner from Minnesota. On the same day, at 1503, ICE replied Petitioner was still in Minnesota and would not be removed outside the

> state. This morning at 0955, Respondent was made aware Petitioner was transported to Texas. At 1018, immediately upon learning of this information, the undersigned counsel contacted ICE to instruct them to bring Petitioner back to Minneapolis. At 1332, ICE replied confirming Petitioner was in Texas, and it was working to get Petitioner back. At 1431, the undersigned counsel contacted ICE again to request a status update as to the specific day and time ICE will return Petitioner to Minnesota. At the time of this filing [6:26 p.m.], I regret to inform ICE has not replied to the 1431 email. Respondent very respectfully requests this Court allows 48 hours from the time of this filing to update the Court on this matter.

ECF No. 9 at 1–2; *see* ECF No. 7 at 2 ("Respondents are hereby **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of his Petition."). In other words, ICE was informed of the Order enjoining Fernando's removal from Minnesota, ICE acknowledged that Fernando would not be moved out of Minnesota, but ICE still moved Fernando outside of Minnesota.

Accordingly, based on all the files, records, and proceedings herein, it is **HEREBY ORDERED THAT**:

1. Respondents shall file a status report in this action **by no later than 5:00 p.m. on January 23, 2026**, identifying Fernando's present location and the schedule for his return to the District of Minnesota.

2. Absent Respondents' assurance that Fernando will be returned to the District of Minnesota **before 11:59 p.m. on January 24, 2026**, an Order to Show Cause will issue, scheduling a hearing at which Respondents' counsel and the ICE official(s) responsible for

2

3

Fernando's departure from Minnesota, in contravention of the Court's January 20, 2026 Order, will be ordered to attend. *See* ECF No. 7 at 2.

Dated: January 23, 2026                              s/ Eric C. Tostrud
                                                                       Eric C. Tostrud
                                                                       United States District Court