**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Fernando Gutierrez Torres

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg, Samuel J. Olson, John Doe

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00445-ECT-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Fernando T.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
2. Respondents shall release Petitioner from custody as soon as practicable, but not later than 48 hours after entry of this Order.
3. Petitioner's Motion for a Temporary Restraining Order [ECF No. 3] is **DENIED AS MOOT**.

Date: 1/25/2026

KATE M. FOGARTY, CLERK